No. 105, Orig. KANSAS v. COLORADO. Motion of the Special Master for Interim Fees and Expenses granted, and the Special Master is awarded a total of $239,652.85 for the period October

16, 2000, through January 17, 2003, to be paid equally by the parties. [For earlier decision herein, see, *e. g.*, 533 U. S. 1.]